THE STATE OF OHIO, APPELLEE, *v.* FOSTER, APPELLANT.

[Cite as *State v. Foster* (1996), 75 Ohio St.3d 556.]

(No. 95–2631—Submitted April 15, 1996—Decided June 5, 1996.)

*Mark C. Fleegle,* Muskingum County Prosecuting Attorney, for appellee.

*William H. Foster, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals, since appellant has failed to demonstrate "a genuine issue as to whether * * * [he] was deprived of the effective assistance of counsel on appeal." App.R. 26(B)(5).

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.